1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   ADAM R. TRIPPIEDI, ESQ.
3  Nevada Bar No.: 12294
   atrippiedi@bohnlawfirm.com
4  LAW OFFICES OF
   MICHAEL F. BOHN, ESQ., LTD.
5  2260 Corporate Cir, Suite 480
   Henderson, Nevada 89074
6  (702) 642-3113/ (702) 642-9766 FAX

7  Attorney for plaintiff

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 JEN WEN YANG                              CASE NO.: 2:20-cv-00664-RFB-VCF

12          Plaintiff,

13 vs.

14 SHING YUAN YANG aka JACK YANG; and
   UNITED STATES DEPARTMENT OF
15 JUSTICE

16          Defendants

17
        **STIPULATION AND ORDER TO EXTEND THE DATE FOR PLAINTIFF
18           JEN WEN YANG TO FILE HER OPPOSITION BRIEF**
                          (First Request)
19

20

21       IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Jen Wen Yang, by and

22 through her attorney Michael F. Bohn, Esq., and the United States of America, by and through its

23 attorney Summer A. Johnson, Esq, that the date for plaintiff Yang to file her opposition to defendant's

24 / / /

25 / / /

26 / / /

27

28                                    1

Motion for Summary Judgment (ECF #13) filed on December 14, 2020 shall be extended from January 4, 2021 to January 18, 2021.

    This is the first extension for this brief

    Dated this 4th day of January, 2021

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | UNITED STATES ATTORNEY |
|---|---|
| By: /s/ /Michael F. Bohn, Esq./<br>    Michael F. Bohn, Esq.<br>    2260 Corporate Circle, Suite 480<br>    Henderson, Nevada 89074<br>    Attorney for plaintiff | By: /s/ /Summer A. Johnson, Esq./<br>    Assistant United States Attorney<br>    501 Las Vegas Blvd. So. Suite 1100<br>    Las Vegas, Nevada 89101<br>    Attorneys for the United States |

    IT IS SO ORDERED this 4th day of January , 2021.

_____
RICHARD E. BOULWARE, II
**United States District Court**