MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Cir, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEN WEN YANG | CASE NO.: 2:20-cv-00664-RFB-VCF |
| Plaintiff, | |
| vs. | |
| SHING YUAN YANG aka JACK YANG; and UNITED STATES DEPARTMENT OF JUSTICE | |
| Defendants | |

**STIPULATION AND ORDER TO EXTEND THE DATE FOR PLAINTIFF
JEN WEN YANG TO FILE HER OPPOSITION BRIEF**
(First Request)

　　　IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Jen Wen Yang, by and through her attorney Michael F. Bohn, Esq., and the United States of America, by and through its attorney Summer A. Johnson, Esq, that the date for plaintiff Yang to file her opposition to defendant's

/ / /

/ / /

/ / /

1

Motion for Summary Judgment (ECF #13) filed on December 14, 2020 shall be extended from January 4, 2021 to January 18, 2021.

    This is the first extension for this brief

    Dated this 4th day of January, 2021

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | UNITED STATES ATTORNEY |
|---|---|
| By: /s/ /Michael F. Bohn, Esq./<br>    Michael F. Bohn, Esq.<br>    2260 Corporate Circle, Suite 480<br>    Henderson, Nevada 89074<br>    Attorney for plaintiff | By: /s/ /Summer A. Johnson, Esq./<br>    Assistant United States Attorney<br>    501 Las Vegas Blvd. So. Suite 1100<br>    Las Vegas, Nevada 89101<br>    Attorneys for the United States |

    IT IS SO ORDERED this  22nd  day of January , 2021.

_____
RICHARD F. BOULWARE, II
United States District Court