1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   ADAM R. TRIPPIEDI, ESQ.
3  Nevada Bar No.: 12294
   atrippiedi@bohnlawfirm.com
4  LAW OFFICES OF
   MICHAEL F. BOHN, ESQ., LTD.
5  2260 Corporate Cir, Suite 480
   Henderson, Nevada 89074
6  (702) 642-3113/ (702) 642-9766 FAX

7  Attorney for plaintiff

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11 | JEN WEN YANG                         | CASE NO.: 2:20-cv-00664-RFB-VCF
12 |         Plaintiff,
13 | vs.
14 | SHING YUAN YANG aka JACK YANG; and
   | UNITED STATES DEPARTMENT OF
15 | JUSTICE
16 |         Defendants

17

18        **STIPULATION AND ORDER TO EXTEND THE DATE FOR PLAINTIFF
           JEN WEN YANG TO FILE HER OPPOSITION BRIEF**
19                              (Second Request)

20

21        IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Jen Wen Yang, by and

22 through her attorney Michael F. Bohn, Esq., and the United States of America, by and through its

23 attorney Summer A. Johnson, Esq, that the date for plaintiff Yang to file her opposition to defendant's

24 / / /

25 / / /

26 / / /

27

28                                      1

Motion for Summary Judgment (ECF #13) filed on December 14, 2020 shall be extended February 18, 2021.

Counsel for the parties have signed two stipulations extending the due date. However, as a result of inadvertence on the part of plaintiff's counsel, the second stipulation was not drafted properly. Counsel for the parties have agreed to extend the date until February 18, 2021, which was not reflected in the second stipulation.

By this stipulation, counsel for the parties seek to memorialize their agreement with the February 18, 2021 date.

Dated this 9th day of February, 2021

| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. | UNITED STATES ATTORNEY |
|---|---|
| By: /s/ /Michael F. Bohn, Esq./<br>  Michael F. Bohn, Esq.<br>  2260 Corporate Circle, Suite 480<br>  Henderson, Nevada 89074<br>  Attorney for plaintiff | By: /s/ /Summer A. Johnson, Esq./<br>  Assistant United States Attorney<br>  501 Las Vegas Blvd. So. Suite 1100<br>  Las Vegas, Nevada 89101<br>  Attorneys for the United States |

IT IS SO ORDERED this  11th   day of February, 2021

_____
RICHARD E. BOULWARE, II
United States District Court

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ /Michael F. Bohn, Esq./
    Michael F. Bohn, Esq.
    2260 Corporate Circle, Suite 480
    Henderson, Nevada 89074
    Attorney for plaintiff