CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Summer.Johnson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEN WEN YANG,<br>    Plaintiff,<br>v.<br>SHING YUAN YANG aka JACK YANG; and UNITED STATES DEPARTMENT OF JUSTICE,<br>    Defendant. | Case No. 2:20-cv-00664-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE DATE FOR DEFENDANT TO FILE REPLY BRIEF** |

  IT IS HEREBY STIPULATED AND AGREED by and between Defendant United States of America, by and through its attorney Summer A. Johnson, Assistant United States Attorney and Plaintiff Jen Wen Yang, by and through her attorney Michael F. Bohn, Esq., that the date for Defendant United States of America to file its Reply Brief to Plaintiff's

///

///

///

///

///

///

///

1 | Opposition to Defendant's Motion for Summary Judgment (ECF No. 20) filed on February
2 | 18, 2021 shall be extended from March 4, 2021 to March 18, 2021.
3 |     This is the first extension request for Defendant's Reply Brief.
4 |     Respectfully submitted this 4th day of March 2021.

5

LAW OFFICES OF                              NICHOLAS A. TRUTANICH
MICHAEL F. BOHN, ESQ., LTD                  United States Attorney

By: /s/ Michael F. Bohn, Esq.               / s/  Summer A. Johnson
Michael F. Bohn, Esq.                       SUMMER A. JOHNSON
2260 Corporate Circle, Suite 48             Assistant United States Attorney
Henderson, Nevada 89074
Attorney for plaintiff

    IT IS SO ORDERED this day  9th  of March, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

## Certificate of Service

I hereby certify that on March 4, 2021. I electronically filed the **STIPULATION AND ORDER TO EXTEND THE DATE FOR DEFENDANT TO FILE REPLY BRIEF** with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system; and as specified below:

**Electronic Mail:**

Michael F. Bohn
Adam R. Trippedi
LAW OFFICES OF MICHAEL F. BOHN
2620 Corporate Circle, Suite 480
Henderson, NV 89074
mbohn@bohnlawfirm.com
atrippedi@bohnlawfirm.com

    /s/ Summer A. Johnson
SUMMER A. JOHNSON
Assistant United States Attorney
United States Attorney's Office