CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Summer.Johnson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JEN WEN YANG
            Plaintiff,

v.

SHING YUAN YANG aka JACK YANG; and UNITED STATES DEPARTMENT OF JUSTICE,
            Defendant.

Case No. 2:20-cv-00664-RFB-VCF

**STIPULATION AND ORDER TO EXTEND THE DATE FOR DEFENDANT TO FILE REPLY BRIEF**
**(Second Request)**

      IT IS HEREBY STIPULATED AND AGREED by and between Defendant United States of America, by and through its attorney Summer A. Johnson, Assistant United States Attorney and Plaintiff Jen Wen Yang, by and through her attorney Michael F. Bohn, Esq., that the date for Defendant United States of America to file its Reply Brief to Plaintiff's

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Opposition to Defendant's Motion for Summary Judgment (ECF No. 20) filed on February 18, 2021 shall be extended from March 18, 2021 to March 25, 2021.

   This is the second extension request for Defendant's Reply Brief.

   Respectfully submitted this 18th day of March 2021.

LAW OFFICES OF        NICHOLAS A. TRUTANICH
MICHAEL F. BOHN, ESQ., LTD   United States Attorney


By: /s/ Michael F. Bohn, Esq.    / s/  Summer A. Johnson
Michael F. Bohn, Esq.      SUMMER A. JOHNSON
2260 Corporate Circle, Suite 48   Assistant United States Attorney
Henderson, Nevada 89074
Attorney for plaintiff


   IT IS SO ORDERED this day 22nd of March, 2021.


_____
RICHARD F. BOULWARE, II
United States District Court

## Certificate of Service

I hereby certify that on March 18, 2021. I electronically filed the **STIPULATION AND ORDER TO EXTEND THE DATE FOR DEFENDANT TO FILE REPLY BRIEF (Second Request)** with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system; and as specified below:

**Electronic Mail:**

Michael F. Bohn
Adam R. Trippedi
LAW OFFICES OF MICHAEL F. BOHN
2620 Corporate Circle, Suite 480
Henderson, NV 89074
mbohn@bohnlawfirm.com
atrippedi@bohnlawfirm.com

                                         / s/  Summer A. Johnson
                                         SUMMER A. JOHNSON
                                         Assistant United States Attorney
                                         United States Attorney's Office